1
2
3
4
5
6
7                   IN THE UNITED STATES DISTRICT COURT

8                     FOR THE DISTRICT OF ARIZONA

9    IN RE BARD IVC FILTERS PRODUCTS          No. 2:15-MD-02641-DGC
     LIABILITY LITIGATION
10                                            **SECOND AMENDED MASTER
                                              SHORT FORM COMPLAINT FOR
11                                            DAMAGES FOR INDIVIDUAL
                                              CLAIMS AND DEMAND FOR JURY
12                                            TRIAL**

13

14        Plaintiff(s) named below, for their Complaint against Defendants named below,

15   incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

16   Plaintiff(s) further show the Court as follows:

17        1.    Plaintiff/Deceased Party:
                Donna Heckstall
18        _____

19        2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

20              consortium claim:
                n/a
21        _____

22        3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

23              conservator):
                n/a
24        _____

25        4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence

26              at the time of implant:
                New Jersey
27        _____

28

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Michigan

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Michigan

7.  District Court and Division in which venue would be proper absent direct filing:

    New Jersey District Court

8.  Defendants (check Defendants against whom Complaint is made):

    ☑   C. R. Bard Inc.

    ☑   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☑   Diversity of Citizenship

    ☑   Other: MDL 2641 Centralization

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐   Recovery® Vena Cava Filter

    ☐   G2® Vena Cava Filter

    ☐   G2® Express Vena Cava Filter

    ☐   G2® X Vena Cava Filter

    ☐   Eclipse® Vena Cava Filter

    ☐   Meridian® Vena Cava Filter

1            ☐        Denali® Vena Cava Filter

2            ☑        Other: Bard Retrievable IVC Filter

3    11.    Date of Implantation as to each product:

4           12/21/2005, based on implant date, Bard Retrievable Filter is

5           either a Bard Recovery Filter or a Bard G2 Filter

6    12.    Counts in the Master Complaint brought by Plaintiff(s):

7            ☑        Count I:        Strict Products Liability – Manufacturing Defect

8            ☑        Count II:       Strict Products Liability – Information Defect (Failure

9                                     to Warn)

10           ☑        Count III:      Strict Products Liability – Design Defect

11           ☑        Count IV:       Negligence - Design

12           ☑        Count V:        Negligence - Manufacture

13           ☑        Count VI:       Negligence – Failure to Recall/Retrofit

14           ☑        Count VII:      Negligence – Failure to Warn

15           ☑        Count VIII:     Negligent Misrepresentation

16           ☑        Count IX:       Negligence *Per Se*

17           ☑        Count X:        Breach of Express Warranty

18           ☑        Count XI:       Breach of Implied Warranty

19           ☑        Count XII:      Fraudulent Misrepresentation

20           ☑        Count XIII:     Fraudulent Concealment

21           ☑        Count XIV:      Violations of Applicable  NJ_____ (insert

22                                    state) Law Prohibiting Consumer Fraud and Unfair and

23                                    Deceptive Trade Practices

24           ☐        Count XV:       Loss of Consortium

25           ☐        Count XVI:      Wrongful Death

26           ☐        Count XVII: Survival

27           ☑        Punitive Damages

28

- 3 -

1

☑   Other(s): All claims for Relief set forth in the Master Complaint for an

2   amount to be determined by the trier of fact including for the following:
(please state the facts supporting this Count in the space immediately

3   below):

4   Plaintiff's IVC filter tilted with struts through IVC wall into retroperitoneum and aorta;

5   during open-abdominal removal, filter was tilted, perforated, and embedded in the IVC;

6   filter also eroded and caused internal bleeding, abdominal pain and chest pain.

7

8

9   13.   Jury Trial demanded for all issues so triable?

10   ☑   Yes

11   ☐   No

12   RESPECTFULLY SUBMITTED this 20th day of _____ July _____, 20 18 .

13   **JOHNSON LAW GROUP**

14

15   By: ___ */s/ Clint Reed* ___

16   TX Bar No. 24084674
2925 Richmond Ave.,
Suite 1700

17   Houston, Texas 77098
Tel: 713-626-9336

18   Fax: 713-626-3394

19   I hereby certify that on this 20th day of _____ July _____, 20 18 , I electronically

20   transmitted the attached document to the Clerk's Office using the CM/ECF System for

21   filing and transmittal of a Notice of Electronic Filing.

22

23   */s/ Clint Reed*

24

25

26

27

28

- 4 -